UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | |
|---|---|
| GILBERTO LUCERO-VALENZUELA,<br><br>    Petitioner,<br><br>v.<br><br>MARTIN FRIEND,<br><br>    Respondent. | No. 5:21-CV-00241-H |

## JUDGMENT

For the reasons stated in the Court's order entered today, it is ordered, adjudged, and decreed that this civil action is dismissed without prejudice for want of prosecution.

Dated February 7, 2022.

                  _____
                  JAMES WESLEY HENDRIX
                  United States District Judge